**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**KIZZY B. SCOTT**                                                                                                    **PLAINTIFF**

**v.**                                  **CASE NO. 1:12CV00025 BSM-JTR**

**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is hereby dismissed without prejudice.

Dated this 7th day of May 2012.

_____
UNITED STATES DISTRICT JUDGE